UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT OCCASIO<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil Docket No: 3:03CV0690 (SRU) |

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Robert Occasio, plaintiff, and the United States of America, defendant, by and through their respective attorneys as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America, defendant, agrees to pay the plaintiff the sum of fifteen thousand dollars ($15,000), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which plaintiff or his, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiff and his heirs, executors, administrators or assigns hereby agree to accept the sum of fifteen thousand dollars ($15,000), in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries,

damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death. Plaintiff and his heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all such cases of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff or his heirs, executors, administrators or assigns against any third party or against the United States, including claims of wrongful death.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. It is also agreed, by and among the parties, that the settlement amount of fifteen thousand dollars ($15,000) represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorneys fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

7. Payment of the settlement amount will be made by a check drawn on the Treasury of the United States for fifteen thousand dollars ($15,000) and made payable to Robert Occasio,

plaintiff, and Kenneth I. Friedman, Esq., plaintiff's attorney. The check will be mailed to plaintiff's attorney at the following address: Kenneth I. Friedman, Esq., ~~Beck & Eldergill, 447~~ Law Offices of Ken Friedman, LLC, 389 Main, #201, P.O. Glastonbury 06033 ~~Center Street, Manchester,~~ Connecticut ~~06040.~~ Plaintiff's attorney agrees to distribute the settlement proceeds to the plaintiff.

8. In consideration of the payment of fifteen thousand dollars ($15,000) as set forth above, plaintiff agrees that he will cause his attorney to execute and file with the court such documents as shall be necessary to cause the above-styled action to be dismissed with prejudice from the docket of the court.

Executed this 20 day of October, 2003.

_____
Robert Occasio
Plaintiff

_____
Brenda M. Green
Attorney for Defendant,
United States of America

_____
Kenneth I. Friedman, Esq.
~~Beck & Eldergill~~ Law Offices of Ken Friedman, LLC
Attorney for Plaintiff

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid to:

KENNETH I. FRIEDMAN, ESQ.
~~BECK & ELDERGILL~~ Law Offices of Ken Friedman, LLC,
~~447 CENTER ST.~~ 2389 Main St, #201, Glastonbury, CT 06033
~~MANCHESTER, CT 06040~~

_____
BRENDA M. GREEN
ASSISTANT U.S. ATTORNEY