UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT OCCASIO<br>Plaintiff, | : <br> : <br> : | Civil Docket No: 3:03CV0690 (SRU) |
| v. | : <br> : | |
| UNITED STATES OF AMERICA,<br>Defendant. | : <br> : | |

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this 13st day of November, 2003.

_____
Robert Occasio
Plaintiff

_____
Brenda M. Green
Attorney for Defendant,
United States of America

_____
Kenneth I. Friedman, Esq.
~~Beck & Eldergill~~ Law Offices of Ken Friedman, LLC
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid to:

KENNETH I. FRIEDMAN, ESQ.
~~BECK & ELDERGILL~~ Law Offices of Ken Friedman, LLC
~~447 CENTER ST.~~ 2389 Main St., #201
~~MANCHESTER, CT 06040~~
Glastonbury  06033

                                                  _____
                                                  BRENDA M. GREEN
                                                  ASSISTANT U.S. ATTORNEY