#12

FILED

2003 NOV -6  P 12: 35

US DISTRICT COURT
BRIDGEPORT CT

GRANTED. Absent Objection. /s/ ...  11/14/03
SO ORDERED
Janet C. Hall, U.S.D.J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| ROBERT OCASIO | : CIVIL NO. 3:03CV0690 (JCH) |
| Plaintiff | |
| VS. | : |
| UNITED STATES OF AMERICA | : |
| Defendant | : NOVEMBER 4, 2003 |

## REQUEST FOR EXTENSION OF TIME RE: FILING OF CLOSING PAPERS

The parties have settled this matter, and the court has issued a Notice that a judgment will be entered on November 9, 2003 unless closing papers are filed on or before that date.

The Plaintiff hereby requests an extension of time of 2 weeks, up to and including November 23, 2003, to file her closing papers. Defense counsel has indicated that the settlement check will not be ready by November 9, 2003, but should be issued within 2 weeks of that date.

This is the first request for extension of time with respect to this time limitation, and defense counsel has no objection.

LAW OFFICES OF KEN FRIEDMAN, LLC • ATTORNEY AT LAW
2389 MAIN STREET • SUITE 201 • GLASTONBURY, CT 06033 • PHONE: (860) 659-6557 • FAX: (860) 659-1625
JURIS NO. 421704