*disk*

*Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ROBERT OCCASIO<br>        Plaintiff, | :<br>: |
| | : |
| v. | : |
| | : |
| UNITED STATES OF AMERICA,<br>        Defendant. | :<br>: |

2003 NOV 14  A 10: 12

Civil Docket No: 3:03CV0690 (SRU)

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this 13th day of November, 2003.

_____
Robert Occasio
Plaintiff

_____
Brenda M. Green  Ct 19538
Attorney for Defendant,
United States of America

_____
Kenneth I. Friedman, Esq.
~~Beck & Eldergill~~  Law offices of Ken Friedman, LLC
Attorney for Plaintiff

2003 NOV 20  P 3: 13

US DISTRICT COURT
BRIDGEPORT CT

**APPROVED. The case is hereby dismissed with prejudice, each party to bear its costs and attorney's fees, pursuant to
The clerk is instructed to close the file. So ordered.**

_____
Stefan R. Underhill
United States District Judge
11/20/03